AO 442 (Rev. 10/95) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

**FILED** AUG 30 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA
v.
BRANDON PINEDA

**WARRANT FOR ARREST**

CASE NUMBER: 2:07-mj--276 DAD

YOU ARE HEREBY COMMANDED to arrest BRANDON PINEDA and bring him or him forthwith to the nearest magistrate to answer a(n)

___ Indictment  ___ Information  _X_ Complaint  ___ Order of court  ___ Violation Notice  ___ Probation Violation

charging him or her with (brief description of offenses)

Possession of at least 5 kilograms of a mixture and substance containing a detectable amount of cocaine with intent to distribute

in violation of Title 21, United States Code, Section 841(a)(1)

| | |
|---|---|
| DALE A. DROZD | U.S. Magistrate Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Dale A. Drozd | August 29, 2007 Sacramento, California |
| Signature of Issuing Officer | Date and Location |

Bail fixed at **NO BAIL PENDING HEARING** by DALE A. DROZD
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | 8/29/07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|---|
| DATE OF ARREST | 8/29/07 | SA Isaac Thompson | /s/ Isaac Thompson |

